IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-01063-REB-MEH

HOME DESIGN SERVICES, INC.,

    Plaintiffs,

v.

DAVE BROTHERTON,

    Defendant.

# MINUTE ORDER[1]

The matters before the court are: (1) **Plaintiff's Motion For Clerk's Default** [#7] filed July 22, 2008; and (2) **Defendant Dave Brotherton's Unopposed Motion To Vacate Plaintiff's Motion For Clerk's Default** [#10] filed July 22, 2008. After review of the file and the motions, the court has concluded that the motions should be granted in part and denied in part as moot.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant Dave Brotherton's Unopposed Motion To Vacate Plaintiff's Motion For Clerk's Default** [#10] filed July 22, 2008, is **GRANTED**; and

2. That **Plaintiff's Motion For Clerk's Default** [#7] filed July 22, 2008, is **DENIED** as moot.

Dated: July 23, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.