FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01063-PAB-MEH

HOME DESIGN SERVICES, INC.,

      Plaintiff,

v.

DAVE BROTHERTON,

      Defendant.
_____

## ORDER SETTING CASE FOR TRIAL
_____

This matter has been scheduled for a four-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **July 13, 2009 at 8:00 a.m.**

A Trial Preparation Conference is set for **June 26, 2009 at 1:30 p.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1)    jury selection;

2)    sequestration of witnesses;

3)    timing of presentation of witnesses and evidence;

4)    anticipated evidentiary issues;

5)    any stipulations as to fact or law; and

6)    any other issue affecting the duration or course of the trial.

DATED December 11, 2008.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge