IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01063-PAB-MEH

HOME DESIGN SERVICES, INC.,

      Plaintiff,

v.

DAVE BROTHERTON,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 16, 2009.**

      Plaintiff's Motion to Amend Complaint to Add Parties [filed January 6, 2009; docket #33] is unopposed [docket #38] and **granted**. The Clerk of the Court is directed to accept the Amended Complaint found at Docket #33-2.

      Because the Motion is unopposed, the Court grants it; however, the Court does not agree with Plaintiff's relaxed approach to the deadlines set in this matter nor to D.C. Colo. LCivR 7.1A and B obligations which must be satisfied *before* filing a motion. Here, at the request of the parties, the Court extended the deadline for the filing of this Motion to the end of December. Plaintiff did not file the Motion until January 6, 2009 and did not address this tardiness whatsoever in the Motion. The Court expects the parties to respect set deadlines in this matter, particularly when the Court grants extensions of deadlines at their request. In the future, motions submitted after the deadlines established may be denied, even if unopposed, without a defined showing of good cause.