IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01063-PAB-MEH

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

DAVE BROTHERTON,
CHAD WOLFE, individually and d/b/a CDW Construction, and
DUSTI WOLFE, individually and d/b/a CDW Construction,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Stipulation for Dismissal With Prejudice [Docket No. 73].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED June 21, 2009.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge